UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RANDY SMITH,

           Petitioner,

    v.

SCOTT FRAKES,

           Respondent.

CASE NO. C12-5197-BHS-JRC

ORDER GRANTING IN FORMA PAUPERIS

      The petitioner in this action is seeking habeas corpus relief from state convictions and sentences. He is entitled to in forma pauperis status. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and (B) and Local Magistrate Judge Rules MJR 3 and MJR 4.

      Petitioner's application for leave to proceed in forma pauperis, (ECF No. 1 AND 3), is **GRANTED**. Petitioner does not appear to have access to funds to afford the $5.00 filing fee. The Clerk is directed to mail a copy of this Order to petitioner.

      Dated this 16th day of March, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS - 1