UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RANDY SMITH,

        Petitioner,

v.

SCOTT FRAKES.

        Respondent.

CASE NO. C12-5197 BHS-JRC

ORDER DENYING APPOINTMENT OF COUNSEL

    This habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Petitioner has filed a motion for appointment of counsel (ECF No. 8). Petitioner cites to the Sixth Amendment and to 18 U.S.C. §3006A as authority for an alleged entitlement to appointment of counsel. 18 U.S.C. § 3006A addresses appointment of counsel for criminal cases brought in federal court. This section of the U.S.C. does not address 28 U.S.C. §2254 habeas proceedings, which is subject to different rules.

    There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required, because the action is civil, not criminal, in nature.

1  Brown v. Vasquez, 952 F.2d 1164, 1168 (9th Cir. 1991) (*citing* McCleskey v. Zant, 499 U.S.
2  467, 495 (1991)); see Ortiz v. Stewart, 149 F.3d 923, 939 (9th Cir. 1998) ("There is simply no
3  constitutional right to an attorney in a state post-conviction proceeding."); see also Terrovona v.
4  Kincheloe, 852 F.2d 424, 429 (9th Cir. 1988); and Rule 8(c) of the Rules Governing Section
5  2254 Cases in the United States District Courts. The Court has not ordered an evidentiary
6  hearing in this case.  The motion for appointment of counsel is denied at this time.

7       Dated this 10th day of April, 2012.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER DENYING APPOINTMENT OF
COUNSEL - 2